AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-3444

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Caroline D. Pham in her official capacity as Acting Chairman
was received by me on *(date)* 09/30/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* By being deposited with the United States Postal Service via Certified First Class Mail in an envelope addressed to Caroline D. Pham in her official capacity as Acting Chairman Commodity Futures Trading Commission, Three Lafayette Centre, 1155 21st Street NW, Washington, DC 20581, on September 29, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/30/25

Edgar Beaton
*Server's signature*

Edgar Beaton, Mail Associate
*Printed name and title*

Milbank LLP
55 Hudson Yards
New York, NY 10001
*Server's address*

Additional information regarding attempted service, etc:

9589 0710 5270 3100 6022 18

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Armen Rimy~~~

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ 4.40
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark Here — JAMES A FARLEY STATION, SEP 30 2025, NEW YORK, NY 10001-9998

Postage
$ 2.17

Total Postage and Fees
$ 11.87

Sent To Caroline Pham
Street and Apt. No., or PO Box No. 1155 21st St NW
City, State, ZIP+4® Washington D.C. 20581

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052703100602218

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:08 pm on November 14, 2025 in WASHINGTON, DC 20581.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20581
November 14, 2025, 12:08 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ︿

**Track Another Package**

Enter tracking or barcode numbers