UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SLEEPER MARKETS LLC,<br>548 Market Street, PMB 95988, San Francisco, CA 94104<br><br>                Plaintiff,<br><br>  v.<br><br>COMMODITY FUTURES TRADING COMMISSION, 1155 21st St NW, Washington, DC 20581, and<br><br>CAROLINE D. PHAM, in her official capacity as Acting Chairman of the Commodity Futures Trading Commission, 1155 21st St NW, Washington, DC 20581;<br><br>                Defendants. | No. 25-cv-3444 (ABJ) |

**NOTICE OF DISMISSAL**

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sleeper Markets LLC, by its undersigned counsel, hereby dismisses this action against all Defendants, without prejudice.

Dated: January 13, 2026
       Washington, D.C.

Respectfully submitted,

/s/ *Joshua B. Sterling*
Joshua B. Sterling (DC Bar No. 479320)
MILBANK LLP
1101 New York Avenue NW
Washington, DC 20005
jsterling@milbank.com
(202) 835-7500

Sean M. Murphy (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
Andrew L. Porter (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
smurphy@milbank.com
gmainland@milbank.com
aporter@milbank.com
(212) 530-5000